May Term,<br>1860.<br><br>THE STATE<br>v.<br>HORSEY.

---

## THE STATE *v.* HORSEY.

APPEAL from the *Martin* Court of Common Pleas.

HANNA, J.—This was an information for failing to re-
turn a marriage certificate within the time required by
statute. 1 R. S. p. 362.—2 *id.* 441. The information was,
on motion of the defendant, quashed. The state excepted
and appealed.

The information was sufficient. The section of the
statute referred to in the second volume, being of a later
date than that contained in the first volume, repealed that
portion of the last-named statute fixing the penalty. The
penalty fixed in the first volume was 5 dollars for each
month that the failure should continue; by the statute of
a later date, a person who fails to make the return, within
the time fixed by law, subjects himself to a fine of not less
than 5 nor more than 100 dollars. These sections cannot
be reconciled, and the latter repeals the former by implica-
tion. It was not, therefore, necessary to aver that one

Thursday,<br>May 31.

month had elapsed, after the time within which the return should have been made.

*Per Curiam.*— The judgment is reversed with costs. Cause remanded, &c.

*J. E. McDonald*, Attorney General, and *A. L. Roache*, for the state.